IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 08-10591 |
| ) | |
| WILLIAM COLEMAN and ) | Judge Sean F. Cox |
| DOLORES COLEMAN, ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter is before the Court on the plaintiff United States of America's motion for Rule 37 sanctions, in which the United States seeks default judgments against defendants William Coleman and Dolores Coleman for their failure to appear for depositions and otherwise participate in discovery. For the reasons stated at the hearing held on September 22, 2009, the Court will hold the motion in abeyance, and orders as follows:

(1) Defendant William Coleman is **ORDERED** to appear and give deposition testimony on **Friday, October 16, 2009, at 10:00 a.m.**, at the United States Attorney's Office for the Eastern District of Michigan, 211 W. Fort Street, Suite 2001, Detroit, Michigan 48226.

(2) Defendant William Coleman is **ORDERED** to produce to the United States all required disclosures under Federal Rule of Civil Procedure 26, including, but not limited to, names and contact information of individuals likely to have discoverable information, and a copy or a description by category and location of all documents, electrically stored information, and tangible things that William Coleman has in his possession, custody, or control and may use to support his defenses.

(3)     Defendant Dolores Coleman is **ORDERED** to appear and give deposition testimony on **Friday, October 16, 2009, at 1:00 p.m.** at the United States Attorney's Office for the Eastern District of Michigan, Eastern District of Michigan, 211 W. Fort Street, Suite 2001, Detroit, Michigan 48226.

(4)     Defendant Dolores Coleman is **ORDERED** to produce to the United States all required disclosures under Federal Rule of Civil Procedure 26, including, but not limited to, names and contact information of individuals likely to have discoverable information, and a copy or a description by category and location of all documents, electrically stored information, and tangible things that Dolores Coleman has in her possession, custody, or control and may use to support her defenses.

(5)     Defendant Dolores Coleman is **ORDERED** to produce to the United States any and all documents that she may use to support a claim that she has an interest in the property commonly known as 6184 East Belford, Holly, Michigan 48442, that is superior to the interests of the United States in that property.

The Court will hold plaintiff United States of America's Rule 37 motion for sanctions in

abeyance until October 17, 2009.

      **SO ORDERED.**

                              S/Sean F. Cox
                              Sean F. Cox
                              United States District Judge

Dated: October 6, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 6, 2009, by electronic and/or ordinary mail.

                              S/Jennifer Hernandez
                              Case Manager